**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>Member Case No.: | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br><br>**LOCAL GOVERNMENT AND SCHOOL DISTRICT MASTER SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

The Plaintiff(s) named below file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendant(s) named below by and through their undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations, claims, and relief sought in *Plaintiffs' Master Local Government and School District Complaint* ("Master Complaint") as it relates to the named Defendant(s) (checked-off below), filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, in the United States District Court for the Northern District of California. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order No 8.

Plaintiff(s) indicate(s) by checking the relevant boxes below the Parties and Causes of Actions specific to Plaintiff(s)' case.

Plaintiff(s), by and through their undersigned counsel, allege(s) as follows:

## I. DESIGNATED FORUM

1. *For Direct Filed Cases:* Identify the Federal District Court in which the Plaintiff(s) would have filed in the absence of direct filing:

   _____

2. *For Transferred Cases:* Identify the Federal District Court in which the Plaintiff(s) originally filed and the date of filing:

   _____

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF(S)

3. *Plaintiff(s):* Name(s) of the local government or school district alleging claims against Defendant(s):

   _____

4. Number of schools served in the Plaintiff(s)' school district or local community:

   _____

5. Number of minors served in the Plaintiff(s)' school district or local community:

   _____

6. At the time of the filing of this *Short-Form Complaint*, Plaintiff(s) is/are a resident and citizen of [*Indicate State*]:

**B.   DEFENDANT(S)**

7. Plaintiff(s) name(s) the following Defendant(s) in this action [*Check all that apply*]:

| **META ENTITIES** | **TIKTOK ENTITIES** |
|---|---|
| META PLATFORMS, INC., *formerly known as* Facebook, Inc. | BYTEDANCE LTD |
| | BYTEDANCE INC. |
| INSTAGRAM, LLC | TIKTOK LTD |
| FACEBOOK PAYMENTS, INC. | TIKTOK LLC |
| SICULUS, INC. | TIKTOK INC. |
| FACEBOOK OPERATIONS, LLC | **SNAP ENTITY** |
| FACEBOOK HOLDINGS, LLC | SNAP, INC. |
| META PAYMENTS INC. | **GOOGLE ENTITIES** |
| | GOOGLE, LLC |
| | YOUTUBE, LLC |

**OTHER DEFENDANTS**

For each "Other Defendant" Plaintiff(s) contends are additional parties and are liable or responsible for Plaintiff(s)' damages alleged herein, Plaintiff(s) must identify by name each Defendant and its citizenship, and Plaintiff(s) must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

| NAME | CITIZENSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |

III. **CAUSES OF ACTION ASSERTED**

8. The following Causes of Action asserted in the *Master Complaint*, and the allegations with regard thereto, are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*):

| Asserted Against[1] | Count Number | Cause of Action (COA) |
|---|---|---|
| Meta entities<br>Snap<br>TikTok entities<br>Google entities<br>Other Defendant(s)[2] | 1 | NEGLIGENCE |
| Meta entities<br>Snap<br>TikTok entities<br>Google entities<br>Other Defendant(s) | 2 | PUBLIC NUISANCE |

**NOTE**

If Plaintiff(s) want(s) to allege additional Cause(s) of Action other than those selected in paragraph 8, which are the Causes(s) of Action set forth in the *Master Complaint*, the facts supporting those additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

IV. **ADDITIONAL CAUSES OF ACTION**

9. Plaintiff(s) assert(s) the following additional Causes of Action and supporting allegations against the following Defendants:

---

[1] For purposes of this paragraph, "entity" means those Defendants identified in Paragraph 7 (*e.g.*, "TikTok entities" means all TikTok Defendants against which Plaintiff(s) is/are asserting claims).

[2] Reference selected "Other Defendants" by the corresponding row number in the "Other Defendant(s)" chart identified in Paragraph 7.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the *Master Complaint*, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

\*\*\*\*

By signature below, Plaintiff(s)' counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court of the Northern District of California and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of *pro hac vice* status.

/s/ *James E. Cecchi*
James E. Cecchi
Michael A. Innes
David G. Gilfillan
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973)994-1744
Email: jcecchi@carellabyrne.com

Zachary S. Bower
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel.: (973) 994-1700

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973)679-8656
Email: cseeger@seegerweiss.com

Attorneys for Plaintiff(s)

**Short-Form Complaint - Addendum A**

Case 4:25-cv-04886-YGR   Document 1   Filed 06/10/25   Page 6 of 12

**Short-Form Complaint - Addendum A**

## INTRODUCTION

1. Defendant Mark Zuckerberg ("Zuckerberg") is the "founder, chairman and CEO of Meta, which he originally founded as Facebook in 2004. He is responsible for setting the overall direction and product strategy for the company."[1]

2. Zuckerberg "has control over key decision making as a result of his control of a majority of the voting power of our outstanding capital stock."[2]

3. Zuckerberg has acted as lead spokesperson for Meta, speaking through public statements, his Facebook account, and through Congressional testimony.

4. Zuckerberg personally owns approximately 13% of Meta.

5. Zuckerberg is sued in his individual capacity, for his own actions, in actions, statements, and omissions.

6. That Zuckerberg acted within the broad scope of his position as Meta's founder, chair, and CEO, is not a defense to his liability; it is, instead, an indictment of his failures.

7. It is precisely because of the role that Zuckerberg, individually, played in directing, carrying out, ratifying, and refusing to acknowledge or address Meta's unlawful, unfair, wrongful, negligent, and deceptive conduct that Zuckerberg is individually liable for the violations of law described in both the Master Consolidated Complaint and this Short From Complaint.

8. Zuckerberg's motto is to "move fast and break things."

9. As shown below and in the Master Consolidated Complaint, Zuckerberg did move fast and, tragically, broke and continues to break America's youth and our country's educational ecosystem.

10. Zuckerberg must be held to account for the harms his negligent and wrongful acts and misconduct committed by him has inflicted on America's youth and our country's educational system.

---

[1] https://about.meta.com/media-gallery/executives/mark-zuckerberg/ (last visited Nov. 29, 2023).

[2] https://www.sec.gov/Archives/edgar/data/1326801/000132680123000013/meta-20221231.htm (last visited Nov. 29, 2023).

**Short-Form Complaint - Addendum A**

## JURISDICTION

11. The Court has personal jurisdiction over Defendant Zuckerberg because he actively and personally participated in creating, directing, delivering, or approving deceptive, unfair, and unconscionable conduct that was delivered to and/or affected Plaintiff. Zuckerberg made decisions and directed actions that caused, extended, and failed to mitigate harms that Meta's social media platforms caused, and continue to cause, children and other users of its products—and personally and directly benefitted from those decisions and actions. More generally, Zuckerberg controlled, directed, approved, and/or ratified the harmful and unlawful conduct described in the Master Consolidated Complaint.

## ALLEGATIONS

12. Zuckerberg promised publicly that he directed that Meta safeguard children, but privately demanded and delivered the opposite.

13. Zuckerberg, personally, was presented with requests for resources to ensure product integrity and safety, which he denied, and alarming statistics about the harm being caused by Meta's products, including specific features, which he chose to let continue or ignored entirely.

14. Moreover, Zuckerberg, personally, made statements that misled the public about Meta's conduct and its consequences.

15. From the company's beginning, Zuckerberg developed and defined the architecture of Facebook, and then Meta. He co-engineered the decisions to design Facebook to "consume as much . . . time and conscious attention as possible."[3]

16. Since then, Zuckerberg has knowingly misrepresented both his understanding and intention that Facebook was constructed to create addiction. Asked in a November 2020 Congressional hearing, "do you believe your product can be addictive," Zuckerberg responded, "we certainly do not design the product in that way."[4]

---

[3] Alex Hern, *Never Get High on Your Own Supply—Why Social Media Bosses Don't Use Social Media*, THE GUARDIAN (Jan. 23, 2018), https://www.theguardian.com/media/2018/jan/23/never-get-high-on-your-own-supply-why-social-media-bosses-dont-use-social-media.

[4] *Breaking the News: Censorship, Suppression, and the 2020 Election: Hearing Before the S. Comm. on the*

**Short-Form Complaint - Addendum A**

17. In testimony to Congress in March 2021, Zuckerberg falsely denied that he made "money off of creating an addiction to [his] platforms"[5] and contended that he did not set "goals around increasing the amount of time that people spend" on the platform.[6]

18. Meta has knowingly developed and implemented product feature designed to addict users, especially teenage users, on Facebook and Instagram. Among other things, Zuckerberg set specific goals by which the amount of time spent on Facebook and Instagram should be increased. And he directed that teen users—and increasing time teens spent using the platforms—were a priority.

19. In a message he posted on October 6, 2021, Zuckerberg sought to reassure that "We care deeply about issues like safety, well-being and mental health," while contemporaneously deciding not to address harmful features on the platform like cosmetic filters or address findings on addiction, self-harm, and unwanted sexual advances to teenagers.

20. At the 2021 Congressional hearing, Zuckerberg stated that he did not believe that Facebook harms children, explaining, "This is something that we study and we care a lot about; designing products that [sic] peoples' well-being is very important to us."[7]

21. After Frances Haugen's disclosure of Facebook documents, Zuckerberg assured users personally that "it's very important to me that everything we build is safe and good for kids" and "when it comes to young people's health or well-being, every negative experience matters. It is incredibly sad to think of a young person in a moment of distress who, instead of being

---

*Jud., 116 Cong.* (2020) (Statement of Mark Zuckerberg); see also Facebook CEO Mark Zuckerberg on Whether Products are Addictive: "We Certainly Do Not Design the Product in that Way[,]" THE RECOUNT, (Nov. 17, 2020), https://therecount.com/watch/facebook-ceo-mark-zuckerberg-on/2645864077.

[5] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearings Before the H. Subcomms. on Commc'n & Tech., Consumer Prot. & Commerce, and Comm. on Energy & Com.*, 117 Cong. at 107:2491-2497 (2021) (Statement of Mark Zuckerberg), https://www.congress.gov/117/meeting/house/111407/documents/HHRG-117-IF16-Transcript-20210325.pdf. (last visited Dec. 1, 2023).

[6] *Disinformation Nation*, at 69:1551-1575.

[7] *Disinformation Nation*, at 175: 4166–4175.

**Short-Form Complaint - Addendum A**

comforted, has their experience made worse."[8]

22. Contrary to his public commitment to safeguard children and other users of the platforms, Zuckerberg made or approved decisions that put Meta's stockprice ahead of its users' health and safety. For example, despite growing evidence that the platforms were unsafe and unhealthy for children, Zuckerberg did not approve repeated requests to expand the staff devoted to wellness and safety to levels staff said were needed to address the issues.

23. Zuckerberg also decided to continue to allow cosmetic surgery filters despite consensus that these filters harm teenagers, especially teenage girls, out of concern that this step might decrease engagement on the platforms. Cosmetic surgery filters allow users to manipulate photos to model the impacts of cosmetic surgeries or other cosmetic "enhancements" and expose users to photos filtered by others.[9] On information and belief, Zuckerberg personally downplayed the danger of such filters, despite warnings from his staff and academic literature of the harm filters inflict on users.

24. Upon information and belief, Zuckerberg also personally made decisions on whether posts or content should be removed as violating Meta policy and, by implication, made decisions on whether posts or content would remain on Meta's platforms.

25. Upon information and belief, given that public attention to Meta's well-being and child safety initiatives would have elevated the importance of the issues and Zuckerberg's involvement in other similar decisions, Zuckerberg was responsible for making, or declining to reverse, numerous other decisions to drop or limit proposals that would have decreased teens' addiction or mental health harms and protected children from child sex exploitation and abuse. These included deploying an ineffective "time spent" tool that fails to help teenagers limit their use of the platforms, rejecting a default setting to hide "likes," and refusing to turn off notifications

---

[8] Salvador Rodriguez, *Zuckerberg Rejects Claims That Facebook Prioritizes Profits Over User Safety*, CNBC (Oct. 5, 2021), https://www.cnbc.com/2021/10/05/zuckerberg-denies-that-facebook-prioritizes-profits-over-user-safety.html.(last visited Dec. 1, 2023).

[9] Help Center, Apply Filters to Your Post on Instagram, INSTAGRAM, https://help.Instagram.com/453965678013216 (last visited 11/14/2023)

**Short-Form Complaint - Addendum A**

to teenagers at night. Zuckerberg also would have been the decision-maker for the termination of research and surveys that revealed negative information and for directing Meta employees to not document critical findings and proposals to address these findings, along with drastic cuts to the number of human investigators and other safety, well-being, and integrity personnel.

26. In the year leading up to Meta's acquisition of Instagram, Meta publicly acknowledged its duty to children and worked to create false expectations about its platforms' safety.

27. Then, following Meta's acquisition of Instagram, high-ranking executives continued to make public pronouncements about the safety of Meta's platforms.

28. During a November 2020 congressional hearing, Mark Zuckerberg was asked whether he believed Meta's platforms can be addictive. In response, Zuckerberg stated "we certainly do not design the product in that way."[10]

29. Then in his March 2021 testimony before Congress, Zuckerberg was asked whether he agreed that Meta makes money off creating an addiction to its platforms. Again, Zuckerberg responded, "No. I don't agree with that."[11]

30. In statements to Congress and elsewhere, Zuckerberg has represented that Meta does not allow users under the age of 13 to use the product. For example, in testimony before the U.S. House of Representatives Committee on Energy and Commerce, Zuckerberg stated: "There is clearly a large number of people under the age of 13 who would want to use a service like Instagram. We currently do not allow them to do that."[12]

---

[10] *Breaking the News: Censorship, Suppression, and the 2020 Election: Hearing Before the S. Comm. on the Jud.*, 116 Cong. (2020) (Statement of Mark Zuckerberg); *See also CEO Mark Zuckerberg on Whether Products are Addictive: "We Certainly Do Not Design the Product in that Way*," The Recount, (Nov. 17, 2020), https://therecount.com/watch/facebook-ceo-mark-zuckerberg-on/2645864077.

[11] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearings Before the H. Subcomms. On Commc'n & Tech., Consumer Prot. & Commerce, and Comm. on Energy & Com.*, 117 Cong. At 107:2491-2497 (2021) (Statement of Mark Zuckerberg, https://www.congress.gov/117/meeting/house/111407/documents/HHRG-117-IF16-Transcript-20210325.pdf.

[12] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation Hearing Before H. Energy and Commerce Subcomm. on Communications and Technology* 175 (March 25, 2021),

**Short-Form Complaint - Addendum A**

31. However, as shown above, Zuckerberg has long known that its products are widely used by children under the age of 13. In fact, Zuckerberg knows that "up to 10 to 15% of even 10 year-olds in a given cohort may be on Facebook or Instagram."[13]

---

*available at* https://www.congress.gov/117/meeting/house/111407/documents/HHRG-117-IF16-Transcript-20210325.pdf (Zuckerberg: "[O]ur policies on-on the main apps that we offer generally prohibit people under the age of 13 from using the services."); *See also Transcript of Zuckerberg's appearance before House committee*, Washington Post (April 11, 2018), https://www.washingtonpost.com/news/the-switch/wp/2018/04/11/transcript-of-zuckerbergs-appearance-before-house-committee/?utm_term=.e7b476fb8ac7&noredirect=on (When asked if it is correct that children can get a Facebook account starting at age 13, Zuckerberg confirmed that it was correct); see also NewSchools Venture Fund, *NewSchools Summit 2011: John Doerr and Mark Zuckerberg on innovation and education* (May 24, 2011), https://www.youtube.com/watch?v=n03zAOadyMA (Zuckerberg: "[A]nd so basically, we don't allow people under the age of 13 on Facebook . . . today we don't allow people under the age of 13 to sign up").

[13] *Protecting Kids Online: Testimony from a Facebook Whistleblower Hearing before Subcomm. On Consumer Protection, Product Safety, and Data Security* (Oct. 5, 2021), *available at* https://www.commerce.senate.gov/2021/10/protecting%20kids%20online:%20testimony%20from%20a%20facebook%20whistleblower.